UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Etta Johnson | ) | |
| | ) | |
| Plaintiff, | ) | Case Number: 15-2418 LB (DMR) |
| | ) | |
| vs. | ) | ORDER APPOINTING COUNSEL |
| Alameda County, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    Because Plaintiff Etta Johnson has requested and is in need of counsel to assist her in this matter and a volunteer attorney is willing to be appointed to undertake this representation at the request of the Federal Pro Bono Project, Josh Lerner and Adam R. Brausa, Durie Tangri LLP, are hereby appointed as counsel for Plaintiff in this matter.

    The scope of this referral shall be for:

- [ ] all purposes for the duration of the case
- [x] the limited purpose of representing the litigant in the course of
    - [ ] mediation
    - [ ] early neutral evaluation
    - [x] settlement conference
    - [ ] briefing [ ] and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
    - [ ] discovery as follows: _____
    - [ ] other: _____

    Counsel shall be familiar with General Order No. 25 and the Federal Pro Bono Project Guidelines posted on the Court's website.

    IT IS SO ORDERED.

Dated:  October 30, 2015

                                         Donna M. Ryu
                                         United States Magistrate Judge

EXHIBIT D TO FEDERAL PRO BONO PROJECT GUIDELINES